# EXHIBIT 1

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Matthew Everitt
General Counsel
Mercedes-Benz USA, LLC
303 Perimeter Center North
Atlanta, Georgia 30346



**Lieff**
**Cabraser**
**Heimann &**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

October 4, 2018

Annika K. Martin
Partner
akmartin@lchb.com

**BY EMAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Matthew Everitt
General Counsel
Mercedes-Benz USA, LLC
303 Perimeter Center North
Atlanta, Georgia 30346
(770) 705-2256

Re:   Mercedes-Benz Moldy HVAC Systems

Dear Mr. Everitt:

We represent Mr. Nicholas Biase, Mr. Todd Basler, Mr. John Dudasik, Ms. Rosa Grue, and Ms. Tara Fields, owners and/or lessees of Mercedes-Benz vehicles. We write on behalf of these individuals and others similarly situated to notify you that Daimler AG, Mercedes-Benz USA, LLC and their associated entities (collectively "Mercedes") have breached express and/or implied warranties, committed fraud, and engaged in unfair and deceptive acts and other unlawful practices in connection with its manufacturing, advertising, marketing, and/or sale of Mercedes vehicles containing defective heating, ventilation, and air conditioning ("HVAC") systems. These acts and practices violate laws including N.J. Stat. Ann. §§ 56:8-1, *et seq.*, Fla. Stat. §§ 501.201 *et seq.*, 815 Ill. Comp. Stat. 510 *et seq.*, Mo. Rev. Stat. §§ 407.010, N.Y. Gen. Bus. Law § 349 *et seq.*, and other state and local laws effective in all United States jurisdictions.

Mr. Biase leased a 2017 Mercedes GLE350, on June 30, 2017, from Ray Catena Mercedes-Benz of Edison in Edison, New Jersey. From about six months after he began leasing his vehicle, Mr. Biase has experienced occurrences of moldy odors emanating from his vehicle's HVAC system. Mr. Biase took his vehicle to his mechanic in or around July 2018 to have this issue repaired, and was told that the problem was mold in the HVAC system. Mr. Biase brought his concerns regarding a strong moldy/ammonia smell in his vehicle to Ray Catena Mercedes-Benz of Union, New Jersey, on or about July 27, 2018, at which time the dealer confirmed the presence of smell and performed a flush of the HVAC system. The smell returned almost immediately. Mr. Biase again brought his concerns regarding a strong moldy smell in his vehicle to Ray Catena Mercedes-Benz of Union, on or about August 20, 2018, at which time the dealer performed another flush of the HVAC system. Despite this, the smell has remained.

San Francisco          New York          Nashville          www.lieffcabraser.com

October 4, 2018
Page 2

Mr. Todd Basler purchased a preowned 2008 Mercedes C300 on March 14, 2011, from West County Honda in Ellisville, Missouri. Immediately after his purchase of the vehicle, Mr. Basler noticed a noxious odor caused by the HVAC System. Mr. Basler brought his concerns regarding the strong sour/moldy smell in his vehicle to Tri Star Mercedes in Ellisville, Missouri in June 2011 and was informed that the filter would have to be changed and ultrasonic cleaning would need to be done. Despite this, the smell returned after 30 days. Approximately six months later, Mr. Basler returned to Tri Star Mercedes and complained of the smell in his vehicle again. This time he was told that the repair would be at his own expense now that his vehicle was outside of warranty. Mr. Basler's dealer informed him that there was no permanent fix for the odor and that he should purchase canned cleaning sprays from Auto Zone to regularly address the smell because it would continue to return. He has purchased these cans twice at a cost of roughly $40.00 total but they have only provided temporary relief from the smell.

Mr. John Dudasik purchased a certified preowned 2013 Mercedes GL450 on March 30, 2015, from Mercedes-Benz of Hoffman Estates in Illinois. Mr. Dudasik first noticed a noxious odor caused by his HVAC System within 30 days of purchasing his vehicle. In 2016 Mr. Dudasik brought his concerns regarding the foul odor in his vehicle to Mercedes of Westmont in Westmont, Illinois where the dealer changed the filter and performed ultrasonic cleaning for free. Despite that, the foul smell returned shortly after. Mr. Dudasik went back to Mercedes of Westmont approximately 10 months later and complained of the smell again but was told that any repair attempt would now be at his expense. In May 2018, Mr. Dudasik returned to Mercedes of Westmont and advised the dealer of a Technical Service Bulletin (TSB) regarding the issue. Even after the dealer performed the TSB, cleaning the evaporator and plugging body openings, the smell returned in Mr. Dudasik's vehicle. His HVAC System was replaced.

Ms. Rosa Grue purchased a 2016 Mercedes GLE350 on May 21, 2016, from Mercedes-Benz of Huntington in Huntington, New York, along with a Mercedes Pre-Paid Service Plan. Ms. Grue first experienced a noxious odor coming from her HVAC System a year after purchasing the vehicle. The HVAC System emits the odor when the vehicle's climate control system is first engaged and generally persists. The strength of the odor intensifies after usage of the air conditioner and tends to be worse in the summer.

Ms. Tara Fields purchased a certified preowned 2013 Mercedes C250 in or around April 2015, from Mercedes-Benz of South Orlando in Orlando, Florida. Ms. Fields first noticed a noxious, moldy odor coming from the HVAC System of her vehicle in or around November 2016. When Ms. Fields brought her concerns regarding the strong moldy smell in her vehicle to Mercedes-Benz of South Orlando in or around March or April 2017, she was told that it was a filter problem and she had her filter replaced. Still, the smell has persisted. Ms. Fields has spent roughly $50.00 to purchase air fresheners, fragrances and incense to address the smell but those items have only provided temporary relief from the moldy odor.

We have learned of numerous individuals who have experienced the same problem with a vehicle under warranty, as well as outside of the warranty period. In each case, if any fix was provided, it was impermanent in that it did not repair the underlying defect causing the moldy

October 4, 2018
Page 3

odors. Some of these individuals are the lead plaintiffs named in the complaints in the following cases:

*Bhatt v. Mercedes-Benz USA, LLC*, No. 2:16-cv-03171 (C.D. Cal. filed May 9, 2016)
*Amin v. Mercedes-Benz USA, LLC*, No. 1:17-cv-01701 (N.D. Ga. filed May 11, 2017)

Investigation has confirmed that this problem is widespread amongst Mercedes-Benz vehicle owners and lessees. Specifically, although this issue may spread even beyond those vehicles identified here, to the best of our knowledge there have been numerous complaints about occurrences of mold in the HVAC units of the following vehicles and model years, with many such vehicles being under warranty at the time the issue first occurred:

| | |
|---|---|
| 2001-2018 | Mercedes C-Class, |
| 2000-2014 | Mercedes CL-Class, |
| 2013-2018 | Mercedes CLA-Class, |
| 2003-2009 | Mercedes CLK-Class, |
| 2004-2018 | Mercedes CLS-Class, |
| 2003-2016 | Mercedes E-Class, |
| 2007-2016 | Mercedes GL-Class, |
| 2017-2018 | Mercedes GLS-Class, |
| 2010-2015 | Mercedes GLK-Class, |
| 2006-2016 | Mercedes M-Class, |
| 2017-2018 | Mercedes GLE-Class, |
| 2006-2015 | Mercedes R-Class, |
| 1999-2018 | Mercedes S-Class, |
| 2003-2012 | Mercedes SL-Class, |
| 2004-2016 | Mercedes SLK-Class, and |
| 2002-2013 | Maybach 57 and 62. |
| 2016- 2018 | GLC Class |

The aforementioned individuals allege that Mercedes knew of the tendency of its vehicles to develop mold and willfully concealed this defect from consumers. Furthermore, Mercedes breached express and implied warranties by failing to disclose the defect and charging vehicle owners and lessees to repair the defect. In addition to constituting common law fraud and breach of warranties, these and related acts and practices violate the laws cited above and other similar state consumer protection statutes.

Based on the foregoing facts, we write on behalf of the aforementioned individuals and others similarly situated to notify you that we believe that Daimler AG, Mercedes-Benz USA, LLC and associated entities have breached express and/or implied warranties, committed fraud, unjustly enriched themselves, and engaged in unfair and deceptive acts and other unlawful practices in connection with its manufacturing, advertising, marketing, and/or sale/lease of vehicles containing an HVAC system.

October 4, 2018
Page 4

    On behalf of the aforementioned individuals and others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes agree to (1) inform us what actions, if any, Mercedes has taken to repair, fix, or rectify this issue in affected vehicles, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective HVAC systems in the aforementioned individuals' and others' affected vehicles at no cost, (4) compensate the aforementioned individuals and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem free of charge for all owners/lessees going forward. If Mercedes refuses to provide the demanded relief within 30 days, we will file a class action to seek from Mercedes remedies including compensatory and punitive damages, restitution, and any appropriate injunctive/equitable relief.

    If you would like to discuss resolving these violations on a class-wide basis without the need for litigation, I invite you to contact me at any time. You can reach me at (212) 355-9500 ext. 6640, or akmartin@lchb.com. I look forward to hearing from you.

Very truly yours,

*Annika K. Martin*

Annika K. Martin

CC:    Jonathan Selbin, Esq.
        Ketan Patel, Esq.
        John Spragens, Esq.
        Eric Knapp, Esq.

1350181.5





**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Renata Jungo Brüngger, Attorney-at-Law
Member of the Board of Management
Head of Integrity & Legal Affairs
Thomas Laubert, Attorney-at-Law
Vice President and General Counsel

Daimler AG
Mercedesstrasse 137
70546 Stuttgart
Germany (Deutschland)



RE 772 930 591 US



ZIP 94111
$021.63
OCT 04 2018
U.S. POSTAGE >> PITNEY BOWES

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

October 4, 2018

Annika K. Martin
Partner
akmartin@lchb.com

**VIA EMAIL AND U.S. MAIL**

Renata Jungo Brüngger, Attorney-at-Law,
Member of the Board of Management,
Head of Integrity & Legal Affairs

Thomas Laubert, Attorney-at-Law
Vice President and General Counsel

Daimler AG
Mercedesstrasse 137
70546 Stuttgart, Germany (Deutschland)
dialog@daimler.com

Re: Mercedes-Benz Moldy HVAC Systems

Dear Counsel:

We represent Mr. Nicholas Biase, Mr. Todd Basler, Mr. John Dudasik, Ms. Rosa Grue, and Ms. Tara Fields, owners and/or lessees of Mercedes-Benz vehicles. We write on behalf of these individuals and others similarly situated to notify you that Daimler AG, Mercedes-Benz USA, LLC and their associated entities (collectively "Mercedes") have breached express and/or implied warranties, committed fraud, and engaged in unfair and deceptive acts and other unlawful practices in connection with its manufacturing, advertising, marketing, and/or sale of Mercedes vehicles containing defective heating, ventilation, and air conditioning ("HVAC") systems. These acts and practices violate laws including N.J. Stat. Ann. §§ 56:8-1, *et seq.*, Fla. Stat. §§ 501.201 *et seq.*, 815 Ill. Comp. Stat. 510 *et seq.*, Mo. Rev. Stat. §§ 407.010, N.Y. Gen. Bus. Law § 349 *et seq.*, and other state and local laws effective in all United States jurisdictions.

Mr. Biase leased a 2017 Mercedes GLE350, on June 30, 2017, from Ray Catena Mercedes-Benz of Edison in Edison, New Jersey. From about six months after he began leasing his vehicle, Mr. Biase has experienced occurrences of moldy odors emanating from his vehicle's HVAC system. Mr. Biase took his vehicle to his mechanic in or around July 2018 to have this issue repaired, and was told that the problem was mold in the HVAC system. Mr. Biase brought his concerns regarding a strong moldy/ammonia smell in his vehicle to Ray Catena Mercedes-Benz of Union, New Jersey, on or about July 27, 2018, at which time the dealer confirmed the presence of smell and performed a flush of the HVAC system. The smell returned almost immediately. Mr. Biase again brought his concerns regarding a strong moldy smell in his vehicle to Ray Catena Mercedes-Benz of Union, on or about August 20, 2018, at which time the dealer performed another flush of the HVAC system. Despite this, the smell has remained.

October 4, 2018
Page 2

     Mr. Todd Basler purchased a preowned 2008 Mercedes C300 on March 14, 2011, from West County Honda in Ellisville, Missouri. Immediately after his purchase of the vehicle, Mr. Basler noticed a noxious odor caused by the HVAC System. Mr. Basler brought his concerns regarding the strong sour/moldy smell in his vehicle to Tri Star Mercedes in Ellisville, Missouri in June 2011 and was informed that the filter would have to be changed and ultrasonic cleaning would need to be done. Despite this, the smell returned after 30 days. Approximately six months later, Mr. Basler returned to Tri Star Mercedes and complained of the smell in his vehicle again. This time he was told that the repair would be at his own expense now that his vehicle was outside of warranty. Mr. Basler's dealer informed him that there was no permanent fix for the odor and that he should purchase canned cleaning sprays from Auto Zone to regularly address the smell because it would continue to return. He has purchased these cans twice at a cost of roughly $40.00 total but they have only provided temporary relief from the smell.

     Mr. John Dudasik purchased a certified preowned 2013 Mercedes GL450 on March 30, 2015, from Mercedes-Benz of Hoffman Estates in Illinois. Mr. Dudasik first noticed a noxious odor caused by his HVAC System within 30 days of purchasing his vehicle. In 2016 Mr. Dudasik brought his concerns regarding the foul odor in his vehicle to Mercedes of Westmont in Westmont, Illinois where the dealer changed the filter and performed ultrasonic cleaning for free. Despite that, the foul smell returned shortly after. Mr. Dudasik went back to Mercedes of Westmont approximately 10 months later and complained of the smell again but was told that any repair attempt would now be at his expense. In May 2018, Mr. Dudasik returned to Mercedes of Westmont and advised the dealer of a Technical Service Bulletin (TSB) regarding the issue. Even after the dealer performed the TSB, cleaning the evaporator and plugging body openings, the smell returned in Mr. Dudasik's vehicle. His HVAC System was replaced.

     Ms. Rosa Grue purchased a 2016 Mercedes GLE350 on May 21, 2016, from Mercedes-Benz of Huntington in Huntington, New York, along with a Mercedes Pre-Paid Service Plan. Ms. Grue first experienced a noxious odor coming from her HVAC System a year after purchasing the vehicle. The HVAC System emits the odor when the vehicle's climate control system is first engaged and generally persists. The strength of the odor intensifies after usage of the air conditioner and tends to be worse in the summer.

     Ms. Tara Fields purchased a certified preowned 2013 Mercedes C250 in or around April 2015, from Mercedes-Benz of South Orlando in Orlando, Florida. Ms. Fields first noticed a noxious, moldy odor coming from the HVAC System of her vehicle in or around November 2016. When Ms. Fields brought her concerns regarding the strong moldy smell in her vehicle to Mercedes-Benz of South Orlando in or around March or April 2017, she was told that it was a filter problem and she had her filter replaced. Still, the smell has persisted. Ms. Fields has spent roughly $50.00 to purchase air fresheners, fragrances and incense to address the smell but those items have only provided temporary relief from the moldy odor.

     We have learned of numerous individuals who have experienced the same problem with a vehicle under warranty, as well as outside of the warranty period. In each case, if any fix was

October 4, 2018
Page 3

provided, it was impermanent in that it did not repair the underlying defect causing the moldy odors. Some of these individuals are the lead plaintiffs named in the complaints in the following cases:

*Bhatt v. Mercedes-Benz USA, LLC*, No. 2:16-cv-03171 (C.D. Cal. filed May 9, 2016)
*Amin v. Mercedes-Benz USA, LLC*, No. 1:17-cv-01701 (N.D. Ga. filed May 11, 2017)

Investigation has confirmed that this problem is widespread amongst Mercedes-Benz vehicle owners and lessees. Specifically, although this issue may spread even beyond those vehicles identified here, to the best of our knowledge there have been numerous complaints about occurrences of mold in the HVAC units of the following vehicles and model years, with many such vehicles being under warranty at the time the issue first occurred:

| | |
|---|---|
| 2001-2018 | Mercedes C-Class, |
| 2000-2014 | Mercedes CL-Class, |
| 2013-2018 | Mercedes CLA-Class, |
| 2003-2009 | Mercedes CLK-Class, |
| 2004-2018 | Mercedes CLS-Class, |
| 2003-2016 | Mercedes E-Class, |
| 2007-2016 | Mercedes GL-Class, |
| 2017-2018 | Mercedes GLS-Class, |
| 2010-2015 | Mercedes GLK-Class, |
| 2006-2016 | Mercedes M-Class, |
| 2017-2018 | Mercedes GLE-Class, |
| 2006-2015 | Mercedes R-Class, |
| 1999-2018 | Mercedes S-Class, |
| 2003-2012 | Mercedes SL-Class, |
| 2004-2016 | Mercedes SLK-Class, and |
| 2002-2013 | Maybach 57 and 62. |
| 2016-2018 | GLC Class |

The aforementioned individuals allege that Mercedes knew of the tendency of its vehicles to develop mold and willfully concealed this defect from consumers. Furthermore, Mercedes breached express and implied warranties by failing to disclose the defect and charging vehicle owners and lessees to repair the defect. In addition to constituting common law fraud and breach of warranties, these and related acts and practices violate the laws cited above and other similar state consumer protection statutes.

Based on the foregoing facts, we write on behalf of the aforementioned individuals and others similarly situated to notify you that we believe that Daimler AG, Mercedes-Benz USA, LLC and associated entities have breached express and/or implied warranties, committed fraud, unjustly enriched themselves, and engaged in unfair and deceptive acts and other unlawful practices in connection with its manufacturing, advertising, marketing, and/or sale/lease of vehicles containing an HVAC system.

October 4, 2018
Page 4

On behalf of the aforementioned individuals and others similarly situated, we hereby demand that within thirty (30) days of receiving this letter, Mercedes agree to (1) inform us what actions, if any, Mercedes has taken to repair, fix, or rectify this issue in affected vehicles, (2) cease the deceptive practices described above, (3) correct, repair, replace, or otherwise fix the defective HVAC systems in the aforementioned individuals' and others' affected vehicles at no cost, (4) compensate the aforementioned individuals and all others harmed by these practices by reimbursing those individuals who paid for repairs out of pocket, and (5) repair this problem free of charge for all owners/lessees going forward. If Mercedes refuses to provide the demanded relief within 30 days, we will file a class action to seek from Mercedes remedies including compensatory and punitive damages, restitution, and any appropriate injunctive/equitable relief.

If you would like to discuss resolving these violations on a class-wide basis without the need for litigation, I invite you to contact me at any time. You can reach me at (212) 355-9500 ext. 6640, or akmartin@lchb.com. I look forward to hearing from you.

Very truly yours,

Annika K. Martin

CC:   Jonathan Selbin, Esq.;
      Ketan Patel, Esq.
      John Spragens, Esq.
      Eric Knapp, Esq.

1628574.1

**Registered No.** 77293059US

**Date Stamp** JHS

| | |
|---|---|
| Reg. Fee | |
| Handling Charge | Return Receipt |
| Postage | Restricted Delivery |
| Received by | |
| Customer Must Declare Full Value $ | Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
EMBARCADERO CENTER WEST
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339

TO:
Renata Jungo Brüngger, Attorney-at-Law
Member of the Board of Management
Head of Integrity & Legal Affairs
Thomas Laubert, Attorney-at-Law
Vice President and General Counsel

**Daimler AG**
Mercedesstrasse 137
70546 Stuttgart
Germany (Deutschland)

PS Form 380 May 2007 (75: For dome

Copy 1 - Customer Information on Reverse) www.usps.com

---

**Item Description** (Nature de l'envoi): ☐ Registered Article (Envoi recommandé)   ☐ Letter (Lettre)   ☐ Printed Matter (Imprimé)   ☐ Other (Autre)   ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur)   RE 772 930 591 US

Office of Mailing (Bureau de dépôt)   Date of Posting (Date de dépôt)

Addressee Name:
Renata Jungo Brüngger, Attorney-at-Law
Member of the Board of Management
Head of Integrity & Legal Affairs
Thomas Laubert, Attorney-at-Law
Vice President and General Counsel

Street and No. (Rue)
**Daimler AG**
Mercedesstrasse 137
70546 Stuttgart

Place and Country
Germany (Deutschland)

This receipt must be signed by those regulations so provide, by (Cet avis doit être signé par le c règlements le comportant, par l

...ntry of destination; or, (3) if nder by the first mail. tination, ou, si ces éditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)   Date

Signature of Addressee (Signature du destinataire)   Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9775