## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS BIASE, ROSA GRUE, JOHN DUDASIK, TODD BASLER, and GAIL MAHONEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>    Defendants. | Civil Action No. 18-17128(MCA)(MAH)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and among the parties that the above matter is hereby dismissed with prejudice.

| | |
|---|---|
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>Attorneys for Plaintiffs | KING & SPALDING, LLP<br>Attorneys for Defendants |
| By: /s/   Lindsey Taylor<br>       LINDSEY H. TAYLOR | By: /s/   Eric Gladbach<br>       ERIC GLADBACH |

Dated: November 16, 2020

Jonathan D. Selbin
Annika K. Martin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
(212) 355-9500

Ketan A. Patel
CORPUS LAW PATEL, LLC
P.O. Box 1022
Atlanta, Georgia 302920
(678) 597-8020

Luis A. Cabassa
Brandon J. Hill
WENZEL FENTON CABASSA, P.A.

Stephen B. Devereaux
Madison H. Kitchens
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 572-4600
**Attorneys for Defendants**
**Mercedes-Benz USA, LLC**
**and Daimler AG**

2058701.1

1110 N Florida Ave., Ste. 300
Tampa, FL 33602
(813) 579-2483

**Attorneys for Plaintiffs and the
Proposed Class**


SO ORDERED this 23rd day of November, 2020

_____
MADELINE COX ARLEO, U.S.D.J.

2058701.1